# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Travis W. Mauck**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:21-cv-00092-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security **,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 6, 2022 Order.

May 6, 2022

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court