| | | |
|---|---|---|
| TRAVIS W. MAUCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act. (Doc. No. 27). Plaintiff's counsel seeks $6,250 in fees. (Id.). Plaintiff's counsel filed an affidavit with attached exhibits in support of the motion. (Doc. No. 28). The Government does not oppose the motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act, (Doc. No. 27), is **GRANTED**, to the extent that the Court will award attorney fees in the amount of $6,250.00, and that pursuant to Astrue v. Ratliff, 560 U.S. 586 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States.

The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the government will exercise its

discretion and honor an assignment of EAJA fees and pay the awarded fees directly to Plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

Signed: August 31, 2022

Max O. Cogburn Jr.
United States District Judge